[D.I. 14]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BOHDAN J. ZELECHIWSKY and LISA A. ZELECHIWSKY,<br><br>Plaintiffs,<br><br>v.<br><br>TROOPER ASHLEY DAVIS and TROOPER JOHN DOE,<br><br>Defendants. | Civil No. 22-4994 (CPO/AMD) |

**ORDER**

This matter having been brought before the Court by way of motion [D.I. 14] of P. Joseph Nicola, Esquire, counsel for Plaintiffs, for an Order allowing Joshua E. Karoly, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Civil Rule 101.1(c);

IT IS on this 18th day of January 2023,

**ORDERED** that the motion [D.I. 14] for the admission of Joshua E. Karoly, Esquire, as *pro hac vice* counsel shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Joshua E. Karoly, Esquire, a member of the Bar of the Commonwealth of Pennsylvania, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Civil Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by P. Joseph Nicola, Esquire, a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Joshua E. Karoly, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. C$_{IV}$. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order unless previously paid for the current calendar year, enclosing with payment a completed Form PHV-20; and it is further

**ORDERED** that Joshua E. Karoly, Esquire, shall make a payment of $150.00 to the Clerk of the United States District Court in accordance with L. C$_{IV}$. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Joshua E. Karoly, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Joshua E. Karoly, Esquire, shall notify the Court, pursuant to Local Civil Rule 101.1(c), immediately in the event of the institution of any new disciplinary proceedings; and it is further

**ORDERED** that Joshua E. Karoly, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that P. Joseph Nicola, Esquire, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Christine P. O'Hearn