Exhibit "N"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| BOHDAN J. ZELECHIWSKY, et al. | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : No. 1:22cv-04994-CPO-AMD |
| TROOPER ASHLEY DAVIS, et al. | : |
| | : |
| Defendants. | : |

## AFFIDAVIT AND DECLARATION OF JAMES L. HEIDECKER, JR.

Pursuant to Fed.R.Civ.P. 56 (c)(4), the undersigned does hereby declare and say under penalty of perjury that:

1. I understand that this affidavit/declaration is now being used by the Plaintiffs to oppose summary judgment in the above-captioned action.

2. This affidavit/declaration is made based upon my own personal knowledge.

3. I am in all ways competent to testify on the matters contained herein.

4. On August 10, 2020 my wife Maureen Heidecker and I were guests at the shore home property of Bohdan and Lisa Zelechiwsky in Cape May, New Jersey.

5. On August 10, 2020, my wife, daughter and I spent the entire day with Lisa and Bo Zelechiwsky on the beach and sightseeing in the quaint village of Cape May.

6. My wife and I do not consume alcohol and had nothing to drink other than water and soft drinks. I spent the entire day with Bo and can firmly state that during that time he consumed no alcoholic beverages nor any controlled substance. It was a sunny, pleasant day and most of our time together was outside.

7. While in my company, for the entirety of the day, I noticed no impairment of any kind with regard to Bo.

8. We all went to dinner that evening and nobody consumed any alcoholic beverage.

9. Bo and Lisa were gracious enough to offer us their home in Cape May for a few days while they returned to the Lehigh Valley.

10. We all returned to Bo and Lisa's home after dinner and they left the summer house for home immediately thereafter. I observed Bo drive carefully and appropriately in all respects.

11. Approximately one hour later I received a call from Lisa advising that Bo had been stopped for a traffic violation and was being detained for a DUI.

12. I was completely astounded by this information. I could not comprehend how this could be possible.

13. I have frequently been in the company of individuals who have consumed alcohol and am acutely aware of its effects.

14. I have absolutely no doubt that Bo Zelechiwsky did not consume any alcoholic beverages on August 10, 2020 and that he manifested absolutely NO indications that he had. His talking, walking, driving, his appearance and all his actions were totally free of any impairment. He showed no signs of having consumed an alcoholic beverage, or drugs or any other substance, at any time. His eyes, speech, balance and cognition were all normal and what I have always witnessed in a man of his age and bearing.

15. It is inconceivable to me that any reasonable person that came into contact with Bo on that day could disagree with my evaluation of his non-intoxicated state, even if they had just met him for the first time then.

WITNESS MY HANDS AND SEAL this 10th day of October, 2024

James L. Heidecker Jr.