Exhibit "O"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| BOHDAN J. ZELECHIWSKY, et al. | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : No. 1:22cv-04994-CPO-AMD |
| TROOPER ASHLEY DAVIS, et al. | : |
| | : |
| Defendants. | : |

## AFFIDAVIT AND DECLARATION OF MAUREEN HEIDECKER

Pursuant to Fed.R.Civ.P. 56 (c)(4), the undersigned does hereby declare and say under penalty of perjury that:

1. I understand that this affidavit/declaration is now being used by the Plaintiffs to oppose summary judgment in the above-captioned action.

2. This affidavit/declaration is made based upon my own personal knowledge.

3. I am in all ways competent to testify on the matters contained herein.

4. I had an opportunity to travel with my husband and daughter to spend a couple of vacation days in Cape May on August 10, 2020.

5. We were guests at Bo and Lisa Zelechiwsky's summer home in Cape May, New Jersey and spent the entire day with them on the beach and shopping in town.

6. At no time did I see Bo consume any alcoholic beverages.

7.  In the late afternoon we returned to Bo and Lisa's home and showered for dinner.

8.  We all dined together at an outdoor restaurant that Bo and Lisa recommended.

9.  NOBODY had any alcoholic beverages to drink at dinner.

10. After dinner we returned to Bo and Lisa's home for a short time before they left for the Lehigh Valley in Bo's pick-up truck.

11. My husband then received a call later in the evening indicating Bo was being held for a DUI.

12. I was totally shocked in that I spent the entire day in Bo's company and had not seen him drink any alcoholic beverage nor act in any way impaired. His actions, appearance, walking, talking and driving were normal in all respects.

13. I also witnessed no indication that he was, in any way, under the influence of any alcoholic beverage or drug. There is no doubt in my mind that he was not impaired in any way.

WITNESS MY HANDS AND SEAL this 10th day of October, 2024

Maureen Heidecker