Exhibit "D"

## 0610-E20-001331

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $ 86 BEFORE THE SCHEDULED PAY BY DATE OF 08/24/2020. YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW).

Drivers License No: ▓▓▓▓▓▓    D/L State: PA

D/L Expiration Date: 07/31/2023    ☐ Commercial License

### THE UNDERSIGNED CERTIFIES THAT

**BOHDAN J ZELECHIWSKY**    Telephone: .    Weight:

3108 LIMEPORT PIKE    Birth Date: 07/06/1951    Height:

COOPERSBURG, PA 18036    Eyes: HAZEL    Restrictions: 0

Sex: M

### AND DID UNLAWFULLY OPERATE A

| License Plate No. | Vehicle Make: FORD | Year: |
|---|---|---|
| ▓▓▓▓▓ | Color: BLK | Body Type: |
| | Plate State: PA | Exp Date: |

☐ Commercial Vehicle  ☐ Omnibus  ☐ Hazardous Material  ☐ Out of Service

### AND DID COMMIT THE FOLLOWING OFFENSE

**39:4-123 - IMPROPER RIGHT AND LEFT TURNS-SEE SUBSECTIONS**

Date of Offense: 08/10/2020    Time: 21:35 PM

☐ Construction Zone    ☐ Safe Corridor    ☐ 65 MPH Zone

☐ Accident    ☐ Personal Injury    ☐ Death/Serious Bodily Injury

Location: @SH 55 NB MP 24 MILL    Mun. Code (Offense): 0610
Municipality: MILLVILLE CITY    County: CUMBERLAND

I certify that there are just and reasonable grounds to believe that you committed the above offense. I also certify that I will file this complaint in this court charging you with this offense.

| 08/10/2020 | *allsy Davis* | 8138 |
|---|---|---|
| Date | TPR. A DAVIS | Officer ID |

1. **GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may make payment via the internet by logging onto www.njmcdirect.com or you may bring or mail this ticket and payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. Do not send cash. Please print the ticket number on the front of the check or money order. A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

2. **PLEA OF NOT GUILTY.** If you want to plead not guilty, you must notify the court at least 7 days before your scheduled pay by date or it may be necessary for you to make additional court appearances.

Amount of Penalty: $ 86    Pay By Date: 08/24/2020

TO MAKE PAYMENT VIA THE INTERNET OR FOR MORE INFORMATION, LOGON TO WWW.NJMCDIRECT.COM

### NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST, AND YOUR DRIVING PREVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE. EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE.

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV.

PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS

---

**ROAD CONDITION**

☐ Wet    ☒ Dry    ☐ Ice    ☐ Snow

**AREA TYPE**

☐ Business    ☐ School    ☐ Residential    ☒ Rural

**TRAFFIC DENSITY**

☐ Light    ☒ Medium    ☐ Heavy

**VISIBILITY**

☒ Clear    ☐ Rain    ☐ Fog

**NARRATIVES:**

---

NJSP ZELECHIWSKY 013