Video – NOT Attached

Exhibit G