Video – NOT Attached

Exhibit H