Video – NOT Attached

Exhibit L