P. Joseph Nicola, Esquire
Law Offices of P. Joseph Nicola
Attorney I.D. No.: 025311980
1420 Locust Street, 14-O
Philadelphia, PA 19102
Tel. (856) 854-1000
Mobile: 856-229-2454
Fax. 866-513-3367
Email: jnicola@nicolalaw.com
*Attorney for Plaintiffs*

Pro hac vice application filed for:

Joshua E. Karoly, Esquire
KAROLY LAW FIRM, LLC.
527 Hamilton Street
Allentown, PA 18101
Phone: (610) 437-1252
Fax: (610) 437-3738

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | | |
|---|---|---|
| BOHDAN J. ZELECHIWSKY | : | |
| and | : | HON. CHRISTINE P. O'HEARN, |
| LISA A. ZELECHIWSKY, | : | U.S.D.J. |
| Plaintiffs, | : | |
| v. | : | Civ. Action No. 22-cv-04994 |
| | : | CPO-AMD |
| TROOPER ASHLEY DAVIS, | : | |
| TROOPER JOHN DOE, | : | |
| Defendants. | : | |

Exhibits to Plaintiffs' Memorandum of Law in
Opposition to Defendant's Motion for Summary Judgment
(Part 3)

DATED: October 21, 2024

*s/ P. Joseph Nicola, Esquire*
P. Joseph Nicola, Esquire
Law Offices of P. Joseph Nicola
Attorney I.D. No.: 025311980
1420 Locust Street, 14-O
Philadelphia, PA 19102
Tel. (856) 854-1000
Mobile: 856-229-2454
*Attorney for Plaintiffs*