Respectfully submitted,
                **KENT/McBRIDE, P.C.**

                By: *[signature]*
                Diana R. Brocco, Esquire
                ATTORNEY ID. NO. 020261996
                1040 KINGS HIGHWAY NORTH
                SUITE 600
                CHERRY HILL, NJ 08034
                856-667-3113 - Phone
                856-667-4003 – Fax
                ATTORNEY FOR DEFENDANT:
                Trooper Ashley Davis

Dated:  November 11, 2024