# KENT/McBRIDE

**1040 Kings Highway North, Suite 600**
**Cherry Hill, NJ. 08034**
**Phone: 856 667 3113**
**Fax: 856 667 4003**
**Fax: 856 667 1966**
**www.kentmcbride.com**

Diana R. Brocco, Esquire
Direct Dial: 856 382 3663
dbrocco@kentmcbride.com

March 10, 2025

**VIA E-FILING ONLY**

The Honorable Ann Marie Donio
United States District Court
Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**RE: Bohdan J. Zelechiwsky and Lisa A. Zelechiwsky v. Trooper Ashley Davis**
**Docket No.: NJ USDC County 1:22-cv-04994**
**Claim No.:**
**D/A: 8/10/2020**
**Our File No.: 475.85118**

Dear Judge Donio:

Reference is made to the above-captioned matter.

Please be advised that I represent Trooper Ashely Davis. Defendant is hereby respectfully requesting that the Court schedule a Settlement Conference at the Court's earliest convenience.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned

Thank you for your kind courtesies with regard to the foregoing.

Respectfully yours,

**KENT/McBRIDE, P.C.**

BY: _[signature]_
Diana R. Brocco, Esquire

DRB/acr
cc:  P. Joseph Nicola, Esquire (Via E-Courts)
     Joshua E. Karoly, Esquire  (Via E-Courts)